

ACCEPTED
03-15-00035-CR
4555836
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/18/2015 9:53:14 PM
JEFFREY D. KYLE
CLERK

March 11, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/18/2015 9:53:14 PM

JEFFREY D. KYLE
Clerk

***VIA CERTIFIED MAIL RRR***
***7012 2210 0000 9160 8447***

Mr. Andrew Albert Wolfford
TDCJ No. 01965626
Larry Gist State Jail
3295 FM 3514
Beaumont, Texas 77705

Mr. Wolfford:

Enclosed please find for your review the Judgment and Memorandum Opinion of the Court of Appeals and the accompanying letter in your case.

Unfortunately, the Court of Appeals has dismissed your appeal finding that the Court of Appeals lacks jurisdiction.

Please be advised that you have the right to file a petition for discretionary review with the Court of Criminal Appeals. You have the right to file the petition *pro se* (on your own without counsel) or by an attorney you choose to employ as my employment as counsel only extends through your first appeal. The petition for discretionary review must be filed within 30 days after the Judgment was rendered and final, unless a motion to extend time has been filed and an extension granted by the Court of Criminal Appeals as provided by Texas Rules of Appellate Procedure 10.5(b).

Your petition for discretionary review is due on or before March 17, 2015. Due to the delay in notifying you of this judgment by the Court of Appeals, I am also scheduling a visit at the Gist Unit to assist you with properly disposing of this matter.

Attached please find my motion to withdraw being filed in the court of appeals on this date also.

If you have any questions regarding this matter, please contact me.

Sincerely,

E. Chevo Pastrano, Jr.

Enclosures:    Judgment and Memorandum Opinion

ECP:ecpjr

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Andrew Albert Wolfford
TDCJ No. 01965626
Larry Gist State Jail
3295 FM 3514
Beaumont, TX 77705

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

N GREGORY

D. Is delivery address different from item 1?  ☐ Yes,
   If YES, enter delivery address below:       ☐ No

**3. Service Type**

☒ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**     ☐ Yes

**2. Article Number**
*(Transfer from service label)*

7012 2210 0000 9160 8447

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
========================================
             BELLAIRE PO
           BELLAIRE, Texas
              774019998
           4841490401-0094
  03/11/2015 (713)668-1083 01:35:07 PM
========================================
============ Sales Receipt ============
Product         Sale Unit      Final
Description       Qty Price     Price
========================================

@@ ~~ NEW BOSTON TX 75570         $5.75
Zone-3
Priority Mail 2-Day
Flat Rate Env
 8.40 oz.
 Expected Delivery: Fri 03/13/15
 Includes $50 insurance

 USPS Tracking #:
 9505 5110 2761 5070 4881 01
                       ========
 Issue Postage:                  $5.75

BEAUMONT TX 77705-7655            $1.61
Zone-1
First-Class Mail Large Env
 3.20 oz.
 Expected Delivery: Fri 03/13/15
 Return Rcpt (Green              $2.70
 Card)
 @@ Certified                    $3.30
 USPS Certified Mail #:
 70122210000091608447
                       ========
 Issue Postage:                  $7.61

                       =========
Total:                          $13.36

Paid by:
Debit Card                      $13.36
   Account #:        XXXXXXXXXXXXX4806
   Approval #:       646898
   Transaction #:    34
   23903141125
   Receipt#:         003288

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
***********************************
***********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
***********************************
***********************************


In a hurry? Self-service kiosks
offer quick and easy check-out. Any
```

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $1.61 | 0401 |
| Certified Fee | | $3.30 | |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.61 | |

Sent To  Andrew Wolfford
Street, Apt. No.; or PO Box No.  Gist Unit 3295 FM 3514
City, State, ZIP+4  Beaumont, TX 77705

PS Form 3800, August 2006          See Reverse for Instructions